NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ORACLE AMERICA, INC.,**
*Plaintiff-Appellant,*

**v.**

**GOOGLE INC.,**
*Defendant-Cross Appellant.*

---

2013-1021, -1022

---

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-3561, Judge William H. Alsup.

---

**ON MOTION**

---

## O R D E R

Google Inc. moves without opposition for leave to substitute Christa M. Anderson as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ORACLE AMERICA, INC. V. GOOGLE INC.                                    2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21